United States District Court
Southern District of Texas
**ENTERED**
October 01, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DOUGLAS LANGSTON, § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:18-CV-00157 |
| § | |
| PREMIER DIRECTIONAL DRILLING, L.P. § | |
| and E-EMPLOYERS SOLUTIONS, INC., § | |
| *Defendants*. § | |

**FINAL JUDGMENT**

**THIS CAUSE** comes before the Court on Plaintiff's Petition to Confirm Confidential Arbitration Award and Defendant Premier Directional Drilling, L.P.'s Request to Confirm Arbitration Award and Response to Plaintiff's Petition under 9 U.S.C. § 9. Arbitrator John Wooldridge was duly appointed, took evidence, and closed the arbitration on December 7, 2017. On December 28, 2017, after considering all of the evidence, Arbitrator Wooldridge issued the Arbitration Award, which has been filed under seal with this Court and is incorporated herein. The issues having been fully arbitrated and no grounds for vacating the Award having been presented to the Court, it is **ORDERED AND ADJUDGED**:

1. The Arbitration Award is final.

2. Final Judgment is hereby entered in favor of Premier Directional Drilling, L.P. and e-Employers Solutions, Inc. and against Douglas Langston.

3. Any other pending motion or matter is **DISMISSED** as moot.

4. The Clerk shall **CLOSE** the case.

SIGNED at Houston, Texas this 1st day of October, 2018.

Andrew S. Hanen
United States District Court Judge